UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES W. GRAYER,

        Plaintiff,

v.                                              Case No. 3:04-cv-1251-J-20TEM

JAMES V. CROSBY, JR.
et al.,

        Defendants.

_____

### ORDER

Plaintiff's May 12, 2005, Motion for Reconsideration of this Court's Order of Dismissal Without Prejudice on the Above Styled Case Number Cause (Doc. #9) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 18t day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 5/18
c:
James W. Grayer